UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLARENCE MCCANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CV710 CDP |
| | ) |
| NEW WORLD PASTA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 3, 2009, I granted plaintiff's motion to proceed in forma pauperis and ordered the Clerk to issue process on the complaint. It was unnecessary to order the Clerk to issue process on the complaint because defendant entered its appearance on May 26, 2009. As a result, I will vacate, in part, my Order dated June 3, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that my Order dated June 3, 2009, is **VACATED in part**. The Clerk shall not issue process on the complaint. Plaintiff is still permitted to proceed in forma pauperis.

Dated this 4th day of June, 2009.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE